ORIGINAL

FILED

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

FEB - 5 2014

U.S. COURT OF
FEDERAL CLAIMS

AMERICAN AUTO LOGISTICS, LP, )
)
Plaintiff, )
)
v. ) No. 14-102C
)
THE UNITED STATES, )
)
Defendant. )

### PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 of the Rules of the U.S. Court of Federal Claims and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary and Permanent Injunctive Relief, and in the accompanying Complaint, both incorporated herein by reference, Plaintiff American Auto Logistics, LP respectfully applies to this Court for an order temporarily restraining the Defendant from proceeding with contract performance under a contract awarded to International Auto Logistics LLC pursuant to Solicitation No. HTC711-13-R-R003 until such time as the Court has an opportunity to decide Plaintiff's Motion for Preliminary Injunction.

All papers in this matter were furnished to the Department of Justice by electronic mail on this same date. In addition, all such papers have also been furnished via electronic mail to counsel for the awardee, International Auto Logistics LLC, who have been granted access to protected materials under the protective order issued by the U.S. Government Accountability Office ("GAO") in connection with Plaintiff's GAO bid protest, docketed as B-409207. Plaintiff respectfully requests a hearing on this application at the earliest possible opportunity.

WHEREFORE, it is respectfully requested that this application be granted and a temporary restraining order be entered by the Court.

Respectfully submitted,

*/s/ Timothy Sullivan*

Timothy Sullivan
1909 K Street, N.W., Suite 600
Washington, D.C. 20006
(202) 585-6930 (tel.)
(202) 508-1028 (fax)
tsullivan@thompsoncoburn.com (email)

Attorney of Record for Plaintiff
American Auto Logistics, LP

Of Counsel:

Katherine S. Nucci
Scott F. Lane
Thompson Coburn LLP

Dated: February 5, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2014, I caused two copies of the Plaintiff's Application for a Temporary Restraining Order to be served by electronic mail upon:

> John B. Warnock, Esq.
> U.S. Department of Justice
> Commercial Litigation Branch
> P.O. Box 480
> Ben Franklin Station
> Washington, D.C. 20044
> John.B.Warnock@usdoj.gov (email)

_____
Timothy Sullivan